GEORGE M. RANALLI, ESQ.
Nevada Bar No. 5748
JOHN WILLIAM KIRK, ESQ.
Nevada Bar No. 4654
RANALLI & ZANIEL, LLC
2400 W. Horizon Ridge Parkway
Henderson, Nevada 89052
Telephone: (702) 477-7774
Facsimile: (702) 477-7778
Attorney for Defendant,
STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY

UNITED STATES DISTRICT COURT

DISTRICT COURT OF NEVADA

ANDREA VALDEZ, individually,            )
ANDREA VALDEZ, as Legal Guardian        )
Of MAILI JUAREZ-VALDEZ, a minor         )
                                        )
    Plaintiff,                          ) CASE NO.: 2:14-cv-01638-RFB-VCF
                                        )
vs.                                     )
                                        )
STATE FARM MUTUAL AUTOMOBILE            )
INSURANCE COMPANY, DOES I-X, and        )
ROE CORPORATIONS I-X, inclusive,        )
                                        )
    Defendant.                          )
_____)

**STIPULATION TO DISMISS THE CLAIMS OF ANDREA VALDEZ, INDIVIDUALLY, WITH PREJUDICE and TO DISMISS THE EXTRA CONTRACTUAL CLAIMS OF ANDREA VALDEZ AS LEGAL GUARDIAN OF MAILI JUAREZ-VALDEZ**

The named parties, ANDREA VALDEZ, individually, and ANDREA VALDEZ, as Legal Guardian of MAILI JUAREZ-VALDEZ, a minor and STATE FARM MUTUAL INSURANCE COMPANY, by and through their respective attorneys, A.J. SHARP, ESQ. of RICHARD HARRIS LAW FIRM and GEORGE M. RANALLI, ESQ. and JOHN WILLIAM KIRK, ESQ. of

1

1  RANALLI & ZANIEL, LLC. **HEREBY STIPULATE AND AGREE** to Dismiss
2  Plaintiff, ANDREA VALDEZ's individual claims in their entirety
3  with prejudice each of the parties to pay their own attorney
4  fees and costs incurred herein.
5      **IT IS FURTHER STIPULATED AND AGREED** that the claims of
6  ANDREA VALDEZ as Legal Guardian of MAILI JUAREZ-VALDEZ, a minor
7  as contained in Plaintiff complaint on file herein and
8  identified as: (1) Plaintiff's Second Cause of Action for breach
9  of the covenant of good faith and fair dealing [Bad Faith]; (2)
10 Plaintiff's Third Cause of Action for unjust enrichment; and (3)
11 Plaintiff's Fourth Cause of Action for violation of Nevada's
12 Fair Claims Practices Act- NRS 686A.310 and any claims for
13 Punitive Damages are dismissed with prejudice.
14     **IT IS STIPULATED** that the only remaining action to be tried
15 in this matter is the claim of ANDREA VALEZ as Legal Guardian of
16 MAILI JUAREZ-VALDEZ for Breach of Contract.

17  ~~February~~ June 8th, 2015

RANALLI & ZANIEL, LLC

19  _[signature]_
GEORGE M. RANALLI, ESQ.
Nevada Bar No. 5748
JOHN WILLIAM KIRK, ESQ.
Nevada Bar No. 4654
2400 W. Horizon Ridge Parkway
Henderson, Nevada 89052
Telephone: (702) 477-7774
Facsimile: (702) 477-7778
Attorney for Defendant

February 11TH, 2015

RICHARD HARRIS LAW FIRM

_[signature]_
A.J. SHARP, ESQ.
Nevada Bar No. 11457
801 South Fourth Street
Las Vegas, Nevada 89101
Telephone: (702) 444-4444
Facsimile: (702) 444-4455
AJ@richardharrislaw.com
Attorneys for Plaintiffs

## ORDER

Pursuant to the above Stipulation of the Parties **IT IS HEREBY ORDERED** that the individual claims of Plaintiff, ANDREA VALDEZ, be dismissed with prejudice in their entirety. The Parties are to pay their own attorney fees and costs.

**IT IS FURTHER ORDERED** that the claims of ANDREA VALEZ, as Legal Guardian of MAILI JUAREZ-VALDEZ, a minor, for: breach of the covenant of good faith and fair dealing (Bad Faith); unjust enrichment; violation of Nevada Fair Claims Practices Act (NRS 686A.310); and claims for punitive damages are dismissed with prejudice.

**IT IS ORDERED** that the only claim remaining for adjudication by this court is the claim of ANDREA VALDEZ, as Legal Guardian for MAILI JUAREZ-VALDEZ, a minor for breach of contract.

DATED this 16th day of June, 2015.

_____
RICHARD F. BOULWARE, II
United States District Judge