**GEORGE M. RANALLI, ESQ.**
Nevada Bar No. 5748
**JOHN WILLIAM KIRK, ESQ.**
Nevada Bar No. 4654
**RANALLI & ZANIEL, LLC**
2400 W. Horizon Ridge Parkway
Henderson, Nevada 89052
Telephone: (702) 477-7774
Facsimile: (702) 477-7778
Attorney for Defendant,
STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY

## UNITED STATES DISTRICT COURT

## DISTRICT COURT OF NEVADA

| | |
|---|---|
| ANDREA VALDEZ, individually, ANDREA VALDEZ, as Legal Guardian Of MAILI JUAREZ-VALDEZ, a minor<br><br>        Plaintiff,<br><br>vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, DOES I-X, and ROE CORPORATIONS I-X, inclusive,<br><br>        Defendant. | CASE NO.:2:14-cv-01638-RFB-VCF |

**STIPULATION AND ORDER TO REMAND THE CLAIM OF ANDREA VALDEZ, AS LEGAL GUARDIAN OF MAILI JUAREZ-VALDEZ, A MINOR TO STATE COURT**

**BASED UPON THE PARTIES PREVIOUS STIPULATION** dismissing the claims of **ANDREA VALDEZ**, individually, and the claims of **ANDREA VALDEZ** as Legal Guardian of **MAILI JUAREZ-VALDEZ**, a minor, as contained in Plaintiff's Complaint on file herein and identified as: (1) Plaintiff's second cause of action for breach of the covenant of good faith and fair dealing [Bad Faith];

1

(2) Plaintiff's third cause of action for unjust enrichment; and (3) Plaintiff's fourth cause of action for violation of Nevada's Fair Claims Practices Act-NRS 686A.310; and, (4) any claims for punitive damages with prejudice;[Document No.20]

**THE PARTIES HEREBY FURTHER STIPULATE AND AGREE** that Plaintiff, **ANDREA VALDEZ's** remaining claim as Legal Guardian of **MAILI JUAREZ-VALDEZ** for breach of contract has a value of less than **FIFTY THOUSAND DOLLARS ($50,000.00.)**

**THE PARTIES FURTHER STIPULATE AND AGREE** that because the amount in controversy currently does not exceed $75,000.00 that diversity jurisdiction is not present.

Therefore, **THE PARTIES STIPULATE AND AGREE** that this case be remanded to the Clark County District Court, Case No.: A-14-7066517-C in order to allow the Plaintiff to pursue her claim on behalf of the minor **MAILI JUAREZ-VALDEZ** in Nevada State Court.

| June ___, 2015 | June ___, 2015 |
|---|---|
| **RANALLI & ZANIEL, LLC** | **RICHARD HARRIS LAW FIRM** |
| /s/:John W. Kirk, Esq. | /s/: A.J. Sharp, Esq. |
| _____ | _____ |
| **GEORGE M. RANALLI, ESQ.**<br>Nevada Bar No. 5748<br>**JOHN WILLIAM KIRK, ESQ.**<br>Nevada Bar No. 4654<br>2400 W. Horizon Ridge Parkway<br>Henderson, Nevada 89052<br>Attorney for Defendant | **A.J. SHARP, ESQ.**<br>Nevada Bar No. 11457<br>801 South Fourth Street<br>Las Vegas, Nevada 89101<br>Attorneys for Plaintiffs |

# ORDER

Pursuant to the above Stipulation of the Parties;

**IT IS ORDERED** that the only claim remaining for adjudication by this court is the claim of **ANDREA VALDEZ**, as Legal Guardian for **MAILI JUAREZ-VALDEZ**, a minor, for breach of contract.

Pursuant to Stipulation of the Parties it is agreed the remaining claim has a value of less than **FIFTY THOUSAND DOLLARS ($50,000.00)**;

**THEREFORE IT IS ORDERED, ADJUDGED AND DECREED** that the above noted matter is remanded to the EIGHTH JUDICIAL DISTRICT COURT, CLARK COUNTY, NEVADA, under case number A-14-7066517-C to allow pursuit of the breach of contract claim.

DATED this __13th__ day of July, 2015.

_____
RICHARD F. BOULWARE, II
United States District Judge